```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROGER RODRIGUEZ,                              :
                                             :     20-CV-5471 (CM) (RWL)
                         Plaintiff,          :
                                             :
         - against -                         :     **ORDER**
                                             :
TARGET CORPORATION                           :
                                             :
                         Defendant.          :
                                             :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   Discovery in this case elapsed on July 12, 2021.  There has been no activity on the docket since then.  Accordingly, by **January 23, 2022**, the parties shall file a joint status report.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
  New York, New York

Copies transmitted this date to all counsel of record.

1